that the State failed to prove an essential element of the crime.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ronald E. BYBEE, Appellant.**

**No. WD 70427.**

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

Before Division Four: THOMAS H. NEWTON, Chief Judge, LISA WHITE HARDWICK, Judge and CYNTHIA L. MARTIN, Judge.

**ORDER**

PER CURIAM:

Ronald Bybee appeals the trial court's judgment convicting him of assault in the first degree and armed criminal action fol-

lowing a bench trial. We affirm. Rule 30.25(b).

**Vincent JOHNSON, Appellant,**

**v.**

**Elmer MCROY, Respondent.**

**No. WD 70435.**

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

Sherwin L. Epstein, Esq., and Allen T. Zugelter, Esq., Overland Park, KS, for appellant.

Elmer McRoy, Leavenworth, KS, Respondent pro se.

Before Division One: LISA WHITE HARDWICK, P.J., and JAMES M. SMART, JR. and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Vincent Johnson appeals the circuit court's judgment, after a bench trial, in favor of Defendant–Respondent Elmer McRoy on Johnson's breach of contract claim, arising out of a contract in which McRoy agreed to do plumbing work on a building Johnson was remodeling. Johnson argues that the trial court's rejection of his breach of contract claim was against the weight of the evidence. We affirm. Because a published opinion would have no precedential value, a memorandum setting